LAW OFFICE OF
# DOREA SILVERMAN

80 BROAD STREET, SUITE 1900
NEW YORK, NY 10004
T. 917.863.9905
F. 212.954.5433
DOREA@DOREASILVERMANLAW.COM

May 31, 2023

**By ECF**
Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *United States v. James,* 22 Cr. 87 (JMA)
                Bail Modification

Dear Judge Azrack:

      I represent Keith James in the above-referenced matter. It is my understanding that Mr. James's progress in the SOS program has made him eligible for removal of his ankle monitor. Accordingly, I respectfully request that Mr. James's release conditions be modified to allow for removal of the ankle monitor. Pretrial services and the government do not object to this request.

                                          Respectfully submitted,

                                          /s/ Dorea Silverman
                                          Dorea Silverman
                                          *Attorney for Keith James*

cc:    AUSAs Michael Gibaldi and Robert Polemini (by ECF)
        Pretrial Services Officer Amina Adossa-Ali (by email)