**GARY A. FARRELL**
ATTORNEY AT LAW
40 EXCHANGE PLACE
SUITE 1800
NEW YORK, NEW YORK 10005

Telephone (212) 822-1434
Fax (212) 482-1303
GaryFesq@aol.com
Garyfarrelllaw.com

June 2, 2023

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

                RE: United States v. Kennith Desir
                Docket # 22-CR-0087 (JMA-CLP)

Dear Judge Azrack:

    I was assigned on February 17, 2022, pursuant to the Criminal Justice Act, to represent the above client in connection with this multi-defendant fraud indictment. There were many thousands of pieces of discovery provided and the case was ruled to be complex.

    On May 24, 2023, the defendant pled guilty, and sentencing was scheduled for October 24, 2023. The defendant has been doing better in terms of attendance at school and programs and may seek re-admission to SOS, which if he is accepted, could delay his sentence even further.

    In light of the number of hours I have already worked on this case, and knowing there is still more work to be done, I respectfully request authorization to file interim vouchers on this case.

    Thank you in advance for your consideration.

                                Sincerely,

                                Gary Farrell